In the Matter of RAMON ALVAREZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Decided October 22, 2009

Reported below, 63 AD3d 1402.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of LARRY BALL et al., Appellants, v CITY OF SYRACUSE et al., Respondents.

Submitted August 3, 2009; decided October 22, 2009

Reported below, 60 AD3d 1312.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).